IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL W. BRADLEY,
      Plaintiff,

vs.                           Case No: 3:16cv595/RV/EMT

JOSEPH LAMAR ANGLIN, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  Upon notice from the clerk, it came to the court's attention that Plaintiff no longer resides at the two addresses previously provided (*see* ECF Nos. 6, 9, 10, 12). On December 7, 2016, The court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to keep the court apprised of his current address (ECF No. 13).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to provide a current address.

      Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 29th day of December 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.